■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASTESFA M. DACOSTA, Appellant. [786 NYS2d 754]—

Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered December 9, 1998. The judgment convicted defendant, upon a jury verdict, of manslaughter in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant was convicted of manslaughter in the second degree (Penal Law § 125.15 [1]) for causing the death of a City of Buffalo police officer. The officer was pursuing defendant based upon information that a warrant had been issued for defendant's arrest in Maryland. An automobile struck and killed the officer as he pursued defendant across the six-lane Kensington Expressway. The evidence, viewed in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), is legally sufficient to establish that "defendant's conduct set in motion and legally caused the death of" the officer (*People v Matos*, 83 NY2d 509, 511 [1994]) and that defendant's conduct was reckless (*see* Penal Law § 15.05 [3]; *People v Kern*, 75 NY2d 638, 658 [1990], *cert denied* 498 US 824 [1990]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Martoche and Hayes, JJ.